Here, let me get a photo. Here, let me get a photo of you.